IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| CHRISTOPHER C. | : | |
| | : | |
| v. | : | NO. 23-CV-2235 |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of Social Security | : | |
| | : | |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 18th day of September, 2024, it is hereby ORDERED that Plaintiff's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:


*/s/ Scott W. Reid*
_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE